UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND HERSHAWN LITTLE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LEROY D. BACA, SHERIFF;<br>DEPUTY SHERIFF<br>SERGEANT HERRO;<br>SHERIFF DEPUTY-SENIOR,<br>GILBERT; DEPUTY LOPEZ;<br>DEPUTY SHERIFF ORELLANA,<br><br>　　　　Defendants. | Case No. CV 07-6919-DSF (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that the Judgment be entered: (1) approving and adopting this Final Report and Recommendation; (2) granting Defendant's motion for summary judgment in favor of Defendant Baca in his individual capacity and dismissing that claim with prejudice; (3) dismissing with prejudice all claims for injunctive relief against defendants Baca, Herron, Gilbert, Lopez, and Orellana in their official capacities; (4) dismissing without prejudice all claims against defendants Herron, Gilbert, Lopez, and Orellana in their individual capacities for failure to prosecute; and (5) directing that Judgment be entered accordingly.

DATED: 9/28/09

HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge