JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND HERSHAWN LITTLE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LEROY D. BACA, SHERIFF;<br>DEPUTY SHERIFF<br>SERGEANT HERRO;<br>SHERIFF DEPUTY-SENIOR,<br>GILBERT; DEPUTY LOPEZ;<br>DEPUTY SHERIFF ORELLANA,<br><br>                    Defendants | Case No. CV 07-6919-DSF  (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that: (1) Defendant's motion for summary judgment in favor of Defendant Baca in his individual capacity is granted and that claim is dismissed with prejudice; (2) all claims for injunctive relief against defendants Baca, Herron, Gilbert, Lopez, and Orellana in their official capacities are dismissed

/ / /

/ / /

/ / /

/ / /

1  with prejudice; and (3) all claims against defendants Herron, Gilbert, Lopez, and

2  Orellana in their individual capacities are dismissed without prejudice for failure to

3  prosecute.

4

5  DATED:  9/28/09

   _____

6  HONORABLE DALE S. FISCHER
   United States District Judge

7

8  Prepared by:

9

10

   _____

11  HONORABLE OSWALD PARADA
   United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28